No. 96–7753. DAVIS v. HUDGINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–7754. HAWKINS v. UZZELL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–7760. FLOWERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7761. HOUSE v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–7765. AINSWORTH v. STATE BAR OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 96–7769. WILKINSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 96–7772. BRIDGEWATER v. HARDISON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7774. BURNETT v. EASTERN UPPER PENINSULA MENTAL HEALTH CENTER ET AL. Ct. App. Mich. Certiorari denied.

No. 96–7775. JASPER v. HEDGEPETH. C. A. 8th Cir. Certiorari denied.

No. 96–7777. JOSEPH v. HARDISON ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7779. MOORE v. PERRIN ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–7782. GREEN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–7783. EDDMONDS v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 96–7787. HICKMON v. BARNETT. Sup. Ct. S. C. Certiorari denied.